**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PATRICIA A. BAUER and** | : | |
| **RICHARD E. BAUER,** | | |
| **her husband,** | : | **CIVIL ACTION NO. 3:15-1523** |
| | | |
| **Plaintiffs,** | : | **(JUDGE MANNION)** |
| | | |
| **v.** | : | |
| | | |
| **ROSS TOWNSHIP,** *et al.* | : | |
| | | |
| **Defendants.** | : | |

## O R D E R

In accordance with the Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the motion for leave of court to file an amended complaint, (Doc. 51), filed by the plaintiffs Patricia A. Bauer and her husband, Richard E. Bauer, is **DENIED**;

**(2)** the motion to dismiss the original complaint filed by the defendants Ross Township and Ross Township Supervisors Howard Beers, Russell Kresge, Jr., and Tina Drake, (Doc. 20), is **GRANTED**;

**(3)** the motion to dismiss the original complaint filed by the defendant, Ross Township Solicitor, John Dunn, (Doc. 26), is **GRANTED**;

**(4)** the motion to dismiss the original complaint filed by the defendant, Sheriff of Monroe County, Todd Martin, (Doc. 17), is **GRANTED**;

and

**(5)**   the original complaint, (Doc. 1), is dismissed with prejudice.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**


**DATED: August 29, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1523-01-order.wpd

2