# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA A. BAUER** and **RICHARD E. BAUER,** her husband, | : :  **CIVIL ACTION NO. 3:15-1523** |
| Plaintiffs | :  (JUDGE MANNION) |
| v. | : |
| **ROSS TOWNSHIP,** *et al.,* | : |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** the plaintiffs' motion for reconsideration, (Doc. 58), seeking reconsideration of the court's August 29, 2016 Memorandum and Order dismissing the above-captioned action with prejudice based on the plaintiffs' failure to state a valid claim, (Docs. 56–57), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   November 10, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1523-02-Order.wpd